UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RICKY DALE HALL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:12-cv-01824-JHH-HGD |
| SHERIFF GLENN WHITLOCK, et al., | ) |
| Defendants. | ) |

**O R D E R**

The magistrate judge filed a report and recommendation on June 22, 2012, recommending that this action be transferred to the United States District Court for the Northern District of Mississippi. (Doc. 3). No response has been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED that this case is due to be and hereby is TRANSFERRED to the United States District Court for the Northern District of Mississippi for further proceedings.

**DONE** this the   12th   day of July, 2012.

*/s/ James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE